HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY PUTNAM BAKKE,<br><br>             Plaintiff,<br><br>    v.<br><br>TOM TOPAUM,<br><br>             Defendant. | CASE NO. C16-5598-RBL-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #14].

(2) Plaintiff's motion for default and default judgment [Dkt. #11] is denied.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

DATED this 1st day of November, 2016.

Ronald B. Leighton
United States District Judge